UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-mc-24341-ALTONAGA

In Re:  Request from Argentina Pursuant to the
Treaty Between the Government of the United States
of America and the Government of the Republic of
Argentina on Mutual Legal Assistance in Criminal
Matters in the Matter of Club Atletico Colon, Santa Fe
_____/

## NOTICE OF COMPLETION OF COMMISSION

I, Lois A. Foster-Steers, Assistant United States Attorney for the Southern District of Florida, having been appointed Commissioner by order of this Court filed on October 13, 2016 for the purpose of taking evidence in accordance with the Request of the Criminal Court of Instruction of the Second Nomination, Santa Fe City**,** Argentina, hereby notify the Court of the completion of the requirements of such appointment to the extent possible, and notwithstanding the possibility of future supplemental requests from the Republic of Argentina.

Specifically, I certify that as set forth in the Request at page two and five of the English translation, and page seven of the additional information document; true and correct copies of all documents pertaining to Interaudi Bank account xxxxxxxx0601 from June 1, 2012 through December 31, 2013 obtained pursuant to that order.  The request for judicial assistance has been completed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    */s/Lois A. Foster-Steers*
       Lois A. Foster-Steers
       Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 7, 2016, I filed the foregoing document with the Court via CM/ECF.

          */s/ Lois A. Foster-Steers*
          Lois A. Foster-Steers
          Assistant United States Attorney
          Florida Bar No. 480509
          99 NE 4th Street, 4th Floor
          Miami, FL 33132
          Telephone: (305) 961-9203
          Email:   Lois.Foster-Steers@usdoj.gov